

Monday, April 10, 2017

No. 17–0278/AR. U.S. v. Ronald E.V. Layton. CCA 20160756. On consideration of the Docketing Notice issued March 7, 2017, in the above-referenced case, it is ordered that said Docketing Notice is hereby vacated.

Tuesday, April 11, 2017

No. 17–0222/AF. U.S. v. Yogendra Rambharose. CCA 38769. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY GRANTING THE GOVERNMENT'S MOTION TO USE EVIDENCE OF CHARGED SEXUAL MISCONDUCT UNDER M.R.E. 413 TO SHOW PROPEN-SITY TO COMMIT OTHER CHARGED SEXUAL MISCONDUCT. *See UNIT-ED STATES v. HILLS*, 75 M.J. 350 (C.A.A.F. 2016).

No briefs will be filed under Rule 25.

No. 17–0084/AR. U.S. v. James N. Costigan. CCA 20150052. Appellee's motion to file a supplemental joint appendix granted.